1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

12  ELDORADO BROWN,

13              Plaintiff,

CASE NO. C13-5367 RBL-JRC

ORDER

14       v.

15  WASHINGTON DEPARTMENT OF
    CORRECTIONS et al.

16

17              Defendants.

18   The District Court has referred this 42 U.S.C. § 1983 civil rights matter to United States

19 Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B)

20 and Local Rules MJR 1, MJR 3, and MJR 4.

21   The parties submitted a stipulated ordered allowing plaintiff to file a third amended

22 complaint (Dkt. 58).  Plaintiff submitted a proposed order for Judge Leighton's signature (*id.*).

23 This action is on referral to Magistrate Judge Creatura.

24

ORDER - 1

The Court grants the stipulated motion. The proposed amended complaint, (Dkt. 58-1), is the operative complaint in this action. Defendants may file an answer or otherwise respond as allowed under the Fed. R. Civ. P.

Dated this 30th day of July, 2014.

J. Richard Creatura
United States Magistrate Judge