UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELDORADO BROWN,<br><br>                Plaintiff,<br><br>    v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Defendants. | CASE NO. C13-05367 RBL<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendants' summary judgment motion as to plaintiff's ADA/RA claim against the State of Washington and DOC, and plaintiff's Eighth Amendment claims with respect to the October 20, 2010 event against defendants Obenland, Cornish and Blakeman, is DENIED.  For the reasons stated in the Report and Recommendation, defendants' motion for summary judgment should be GRANTED as to all other claims.

(3)    Plaintiff's motion for partial summary judgment against DOC is DENIED.

ORDER - 1

(4)   The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to United States Magistrate Judge J. Richard Creatura.

DATED this 2nd day of July, 2015.

                                        Ronald B. Leighton
                                      United States District Judge